Paul Drapkin, Appellant, v. Ryan Contracting Corporation, Respondent, et al., Defendants.—

Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.